UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KRISTEN LESORGEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MONDELĒZ GLOBAL, LLC,<br><br>　　　　　　　　　Defendant. | Case No. 3:22-cv-50375<br><br>Hon. Iain D. Johnston |

## MONDELĒZ GLOBAL, LLC'S MOTION TO DISMISS

Defendant Mondelēz Global, LLC ("MDLZ"), through the undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully submits this Motion to Dismiss. In support of this Motion, MDLZ submits and incorporates by reference its Memorandum in Support of Motion to Dismiss, which is filed contemporaneously herewith.

For the reasons set forth in MDLZ's Memorandum in Support of Motion to Dismiss, MDLZ respectfully requests that this Court dismiss Plaintiff's Complaint with prejudice.

Dated: February 14, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jason Stiehl


　　　　　　　　　　　　　　　　　　　　Jason P. Stiehl
　　　　　　　　　　　　　　　　　　　　Erika A. Dirk
　　　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　　　455 N Cityfront Plaza Dr., Suite 3600
　　　　　　　　　　　　　　　　　　　　Chicago IL 60611
　　　　　　　　　　　　　　　　　　　　Tel: (312) 840-3108
　　　　　　　　　　　　　　　　　　　　jstiehl@crowell.com
　　　　　　　　　　　　　　　　　　　　edirk@crowell.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Mondelēz Global, LLC*

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, hereby certify that on February 14, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court for the Northern District of Illinois via the Court's CM/ECF system.

*/s/ Jason Stiehl*

CHIACTIVE-17731455.1