### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Kristen Lesorgen

                          Plaintiff,

v.                                                   Case No.: 3:22–cv–50375
                                                        Honorable Iain D. Johnston

Mondelez Global LLC

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: On Defendant's motion to dismiss [10], Plaintiff shall respond by 3/15/2023 and Defendant shall reply by 3/29/2023. Defendant's motion for sanctions [14] is stricken without prejudice as premature with leave to refile if necessary after the district judge rules on the motion to dismiss. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.