# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Kristen Lesorgen,

Plaintiff(s),

v.

Mondalez Global LLC,

Defendant(s).

Case No. 3:22-cv-50375
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Mondelez Global LLC
and against plaintiff(s) Kristen Lesorgen.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motion to dismiss.

Date: 5/19/2023                    Thomas G. Bruton, Clerk of Court

\s\Yvonne Pedroza, Deputy Clerk